IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06 - CV - 02510 - bnß

DEC 14 2006

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

DWAYNE A. HUDSON,

      Applicant,

v.

AL ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

      Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted is

not current.)

(4)   ___    is missing required financial information

(5)   ___    is missing an original signature by the prisoner

(6)   _X_    is not on proper form (must use the court's current form)

(7)   ___    names in caption do not match names in caption of complaint, petition or habeas application

(8)   ___    An original and a copy have not been received by the court. Only an original has been received.

(9)   ___    other _____

**Complaint, Petition or Application**:

(10)   ___    is not submitted

(11)   ___    is not on proper form (must use the court's current form)

(12)   ___    is missing an original signature by the prisoner

(13)   ___    is missing page nos. ___

(14)   ___    uses et al. instead of listing all parties in caption

(15)   ___    An original and a copy have not been received by the court. Only an original has been received.

(16)   ___    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   ___    names in caption do not match names in text

(18)   ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __11th__ day of __December__, 2006.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. **06 - CV - 02510** -bnß

Dwayne A. Hudson
Reg. No. 48241
Fremont Corr. Facility
P.O. Box 999
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action** to the above-named individuals on _12-14-06_

GREGORY C. LANGHAM, CLERK

By:_____
                 Deputy Clerk